

Hoover, Hoover & Cussen, Canadian, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This is a conviction for unlawfully hunting upon the inclosed lands of another, as prohibited by Art. 1377, Vernon's Ann.P.C., as amended.

There is no testimony showing that the lands upon which the appellant was alleged to have unlawfully hunted were inclosed. The state's witness testified that the lands consisted of agricultural and grazing lands. Such lands, however, must be inclosed, as that term is defined in the statute, in order for the statute to apply.

Because the evidence is insufficient to support the conviction, the judgment is reversed and the cause remanded.

Opinion approved by the court.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of driving an automobile upon a public highway while intoxicated, and his punishment was assessed at a fine of $100.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

**TEXAS EMPLOYERS' INS. ASS'N v. BROWNLEE.**
No. 6228.

Court of Civil Appeals of Texas. Amarillo.
June 2, 1952.

Rehearing Denied June 30, 1952.

**HAMILTON v. STATE.**
No. 26372.

Court of Criminal Appeals of Texas.
April 15, 1953.

